JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HAYDEN,<br><br>    Plaintiff,<br>vs.<br>NISSAN NORTH AMERICA, INC.,<br>and DOE 1 through DOE 10 inclusive,<br><br>    Defendants. | Case No.:   8:23-cv-00657-DOC-KES<br>Judge:      Hon. David O. Carter<br>Courtroom: 10A<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [14]** |

After full consideration of the Joint Stipulation to Remand submitted by the parties, the Court finds that the stipulation is granted.

IT IS HEREBY ORDERED that this matter be remanded to the Orange County Superior Court.

IT IS SO ORDERED.

DATED: May 30, 2023

_David O. Carter_
HON. DAVID O. CARTER